358

Yetta STEIN, individually and as Administratrix of the Estate of Benjamin Stein, deceased, Appellant,

v.

UNITED STATES of America, Appellee.

No. 269, Docket 23105.

United States Court of Appeals Second Circuit.

Argued April 20, 1955.

Decided May 11, 1955.

Harry H. Lipsig, New York City (Joseph N. Friedman, New York City, of counsel), for appellant.

Leonard P. Moore, Brooklyn, N. Y. (Arthur D. Hickerson, Brooklyn, N. Y., of counsel), for appellee.

Before FRANK, MEDINA and HINCKS, Circuit Judges.

PER CURIAM.

The trial judge found that the pier from which the decedent drove to his death was properly constructed and properly maintained at the time of the accident, and the evidence amply supports his findings.

Affirmed.